**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AVETIS BAGHRAMYAN, | No. 08-72296 |
| Petitioner, | Agency No. A098-442-049 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Avetis Baghramyan, a native of Iran and citizen of Armenia, petitions for

review of the Board of Immigration Appeals' order denying his motion to reopen

proceedings. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition

for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

In his opening brief Baghramyan fails to address, and therefore has waived any challenge to, the BIA's determination that his motion to reopen was both time- and number-barred, and that he failed to establish the due diligence necessary for tolling of those bars. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues that are not raised and argued in a party's opening brief are waived); *Bazuaye v. INS*, 79 F.3d 118, 120 (9th Cir. 1996) ("Issues raised for the first time in the reply brief are waived.").

As the timeliness issue is dispositive, we need not reach Baghramyan's other contentions.

**PETITION FOR REVIEW DENIED**.